# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PANAGIOTA APOSTOLIDIS, | : | Civil No. 1:22-CV-02026 |
| Plaintiffs, | : | |
| v. | : | |
| HERSHEY ENTERTAINMENT & RESORTS COMPANY d/b/a MELTSPA BY HERSHEY, SHIAN WING, AND SAMANTHA FISHER, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 29th day of September 2023, in accordance with the accompanying memorandum, **IT IS ORDERED THAT**:

1) Defendants' partial motion to dismiss the complaint, Doc. 8, is **GRANTED**.

2) **Count I, Count VI, and Count VII** are **DISMISSED** without prejudice, and Apostolidis is granted leave to file an amended complaint within **21 days** of the issuance of this order.

3) **Count IV** is **DISMISSED** with prejudice.

4) **Count V** is **DISMISSED** with prejudice insofar as raises claims against Defendants Wing and Fisher under the Americans with Disabilities Act or

raises claims against any Defendants under the Fair Labor Standards Act or pursuant to Pennsylvania public policy.

s/Jennifer P. Wilson<br>
JENNIFER P. WILSON<br>
United States District Court Judge<br>
Middle District of Pennsylvania